## P. F. CRAYCROFT'S ADM'R *v.* JOHN CLAY'S ADMR., ET AL.

**Administrator De Bonis Non.**

> An administrator de bonis non cannot maintain an action against his predecessor for a settlement. Such action can only be maintained by a creditor or distributee.

### APPEAL FROM NICHOLAS CIRCUIT COURT.

#### February 3, 1880.

OPINION BY JUDGE COFER:

An administrator de bonis non cannot maintain an action against his predecessor in office for a devastavit, or for a settlement. Such actions can only be maintained by a creditor or distributee. *Felts v. Brown,* 7 J. J. Marsh. 147; *Lawrence's Adm'r v. Lawrence,* Litt. Sec. Cas., 123; *Warfield v. Brand,* 13 Bush 77.

As the appellant had no right to maintain the action his rights were not prejudiced by its dismissal.

Judgment *affirmed.*

*Hargis & Nowell, for appellant.   Ross & Kennedy, for appellees.*